UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, individually,          :
                                         : Case No.: 9:17-cv-80228-BB
             Plaintiff,                  :
v.                                       :
                                         :
VIVEX BROADWAY, INC., a Florida profit   :
corporation,                             :
                                         :
             Defendant.                  :
_____

## NOTICE OF SETTLEMENT

Plaintiff, Patricia Kennedy, by and through undersigned counsel respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff, PATRICIA KENNEDY, has reached an agreement with Defendant, VIVEX BROADWAY, INC., to resolve all the claims between them with regard to this action.

2. The parties are in the process of preparing and executing a confidential settlement agreement and will be filing a Dismissal with the Court within thirty (30) days.

3. The parties request for the Court to terminate all case deadlines.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, I electronically filed this foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

**THOMAS B. BACON, P.A.**
*Attorneys for Plaintiff*
19235 Biscayne Blvd, Suite 110
Aventura, FL 33180
ph. (561) 866-2912

/s/ Andrew C. Enfield
Andrew C. Enfield, Esq.
Fla. Bar No. 91045
enfield@thomasbaconlaw.com
Thomas B. Bacon, Esq.
Fla. Bar No. 139262
tbb@thomasbaconlaw.com